# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

v.

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES,

Appellee.

No. 2D23-685

_____

December 6, 2023

Appeal from the County Court for Hillsborough County; Jessica G. Costello, Judge.

Noel Vincent Thomas, pro se.

Ashley Moody, Attorney General, and Marie T. Rives, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.